**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| DONALD HEAPE | * | |
| Plaintiff | * | |
| VS. | * | NO: 4:05CV00610 SWW |
| A TENENBAUM COMPANY, INC. | * | |
| Defendant | * | |

**ORDER**

Before the Court is Plaintiff's motion for voluntary dismissal (docket entry #7). Federal Rule of Civil Procedure 41(a) governs the voluntary dismissal of actions, and provides that after an answer or motion for summary judgment has been filed by a defendant, a plaintiff may not dismiss the action without prejudice "save upon order of the court and upon such terms and conditions as the court deems proper." Fed. R. Civ. P. 41(a).

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's motion for voluntary dismissal (docket entry #7) is GRANTED. This action is DISMISSED WITHOUT PREJUDICE, on the condition that before Plaintiff may re-file an action against Defendant arising from the same facts and occurrences involved in the present action, it must pay Defendant any costs, expenses, and fees incurred by Defendant in this action that will be duplicated because of the refiling.

IT IS SO ORDERED THIS 1ST DAY OF NOVEMBER, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE